1

2

3

4

5

NOT FOR PUBLICATION

6

7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

8

9   Nadunt Chibeast,

10                 Movant,

11   v.

12   United States of America

13                 Respondent.

14

No. CV-19-05079-PHX-SRB
     CR-11-01243(6)-PHX-SRB

**ORDER**

15

16   Movant, Nadunt Chibeast, filed a Motion to Vacate, Set Aside, or Correct Sentence

17   pursuant to 28 U.S.C. § 2255 on August 30, 2019. The United States filed its response in

18   opposition on March 2, 2020. Movant filed a reply on July 27, 2020.

19

20   The Magistrate Judge filed her Report and Recommendation on December 9, 2020

21   recommending that Movant's Motion to Vacate, Set Aside, or Correct Sentence be denied.

22   In the Report and Recommendation, the Magistrate Judge advised the parties that they had

23   fourteen days from the date of service of a copy of the Report and Recommendation within

24   which to file specific written objections with the Court. The time to file such objections

25   has expired and no objections to the Report and Recommendation have been filed.

26   The Court finds itself in agreement with the Report and Recommendation of the

27

28

Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court.

**IT IS FURTHER ORDERED** denying Movant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave to proceed in forma pauperis on appeal. The dismissal of the Motion is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable and because Movant has not made a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 11th day of January, 2021.

_____
Susan R. Bolton
United States District Judge